Moses J. Taylor

v.

Adolphus Van Winkle, administrator of Roderick F. Clow.

*Mr. Charles H. Voorhis*, for appellant.

*Mr. Jacob Weart*, for respondent.

42

On appeal from a decree of the chancellor, reported in *Clow* v. *Taylor,* 12 *C. E. Gr.* 418.

PER CURIAM.

This decree unanimously affirmed.